UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 6:10-cr-00006-GFVT-HAI |
| V. | ) ) | |
| RICKY D. KING, | ) | **ORDER** |
| Defendant. | ) ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 410.] Defendant Ricky King has previously been charged with a number of violations of his term of supervised release, and the Court now addresses King's latest violation which relates to his improper use of prescription medications. Mr. King knowingly and voluntarily stipulated to the charged violations at a final hearing before Judge Ingram on August 22, 2017, and Judge Ingram subsequently issued a Recommended Disposition recommending revocation of King's term of supervised release with a term of thirteen months of imprisonment to follow. Judge Ingram explained in detail the reasoning behind the thirteen month recommendation, which is within but at the high end of the Guidelines Range.

Pursuant to Rule 59(b) of the Federal Rules of Criminal Procedure, the Recommended Disposition advised the parties that any objections must be filed within fourteen (14) days of service. [*Id.* at 9.] *See* 28 U.S.C. § 636(b)(1). Mr. King initially objected to Judge Ingram's recommendation [*see* R. 411], but he has since filed a motion to withdraw that objection and

submitted a waiver of allocution. [R. 412; R. 413.]

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). But when no objections are made, as in this case in light of the motion to withdraw the objection, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate judge's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with Magistrate Judge Ingram's Recommended Disposition, which adequately addresses the § 3553 factors. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 410] as to Defendant Ricky D. King is **ADOPTED** as and for the Opinion of the Court;

2. Defendant King is found to have violated the terms of his Supervised Release as set forth in the Report filed by the U.S. Probation Officer and the Recommended Disposition of the Magistrate Judge;

3. Mr. King's motion to withdraw his objection [R. 412] is **GRANTED**;

4. Mr. King's Supervised Release is **REVOKED**;

5. Mr. King is hereby sentenced to a term of incarceration of **thirteen (13) months**;

6. King's term of incarceration shall be followed by a term of supervised release to expire **one (1) year** from the date of his release, under the same conditions previously imposed except **without** the condition requiring the Defendant to immediately enroll in and complete a three-month inpatient substance abuse program [*see* R. 391 at 3]; and

7. Judgment shall enter promptly.

This the 13th day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge